**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Armando Roberto Aros, III | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV- 04-306-PHX-SRB (LOA) |
| | ) | |
| Robinson, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

    This Court has received Plaintiff's First Request for Production of Documents (Dkt. #35).

    Plaintiff is seeking discovery from Defendants and is not seeking the court's assistance in obtaining responses to his discovery requests. Plaintiff should serve his discovery requests on the appropriate parties, not the court.

    Accordingly,

    **IT IS ORDERED striking** Plaintiff's First Request for Production (Dkt. #35) filed January 23, 2006 under Rule 5.2, LRCiv, Rules of Practice for the United States District Court of the District of Arizona, which provides that the Court does not accept discovery papers for filing.

    DATED this 27th day of February, 2006

                                                   Lawrence O. Anderson
                                                 United States Magistrate Judge